| | |
|---|---|
| 1 | F. Curt Kirschner, Jr. (State Bar No. 122502) |
|   | ckirschner@jonesday.com |
| 2 | Robert L. Ford (State Bar No. 86920) |
|   | rlford@jonesday.com |
| 3 | Christopher T. Scanlan (State Bar No. 211724) |
|   | cscanlan@jonesday.com |
| 4 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:     (415) 626-3939               **E-Filed 10/29/2009** |
| 6 | Facsimile:     (415) 875-5700 |

Brian G. Selden (State Bar No. 261828)
bgselden@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:     (650) 739-3900

Attorneys for Specially Appearing Defendant
HCA INC. erroneously sued herein as HEALTHCARE
CORPORATION OF AMERICA

Matthew J. Gauger (State Bar No. 139785)
Caren P. Sencer (State Bar No. 233488)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA  95814
Telephone: (916) 443-6600
Facsimile: (916) 442-0244

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 121RN and SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS-WEST,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHCARE CORPORATION OF AMERICA; AND DOES 1-10,<br><br>Defendants. | Case No. C 09 05065 JF<br>ORDER APPROVING **STIPULATION REGARDING HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR INJUNCTIVE RELIEF PENDING ARBITRATION**<br><br>Judge:         Hon. Jeremy Fogel |

**THE PARTIES HERETO, BY AND THROUGH THEIR AUTHORIZED COUNSEL OF RECORD, STIPULATE AS FOLLOWS:**

(1) No later than **November 2, 2009**, Plaintiffs will file an amended complaint asserting the same claims as in their Complaint for Injunctive Relief Pending Arbitration [Docket #1], on file herein, deleting HCA Inc. as a defendant and instead naming the following hospitals as defendants: Los Robles Regional Medical Center d/b/a/ Los Robles Hospital and Medical Center; Riverside Healthcare System, L.P. d/b/a Riverside Community Hospital; West Hills Hospital d/b/a West Hills Hospital & Medical Center; San Jose Healthcare System, L.P. d/b/a Regional Medical Center of San Jose; and Good Samaritan Hospital L.P. d/b/a Good Samaritan Hospital, each a subsidiary of HCA Health Services of California, Inc. (collectively, the "Individual HCA Hospital Defendants").  Service of these new complaints on the Individual HCA Hospital Defendants will be waived by them, and the Individual HCA Hospital Defendants will have 20 days from November 2, 2009 to serve and file answers or other responsive pleadings.

(2) The temporary restraining order application and its supporting papers, on file herein, will be deemed to be a motion for preliminary injunction against each of the Individual HCA Hospital Defendants, without necessity of amendment or re-filing.

(3) The Individual HCA Hospital Defendants, and each of them, will not implement the Influenza Vaccination / Surgical Masking policy described in the complaint herein, or any variation thereof, with respect to any employees represented by Plaintiffs for purposes of collective bargaining, any earlier than Monday, November 16, 2009.  At the hearing on the application for injunctive relief, the parties shall ask the Court for further guidance with respect to the status quo pending a decision.

(4) The Individual HCA Hospital Defendants will file a consolidated opposition to the motion for preliminary injunctive relief no later than Thursday, **November 5, 2009**.

(5) Plaintiffs may file reply papers no later than Tuesday, **November 10, 2009**.

1   (6) Plaintiffs' motion for a preliminary injunction will be heard by the Court at **9:00
2   a.m.** on Friday, **November 13, 2009**.

Respectfully submitted,

/s/Caren P. Spencer

Matthew J. Gauger (State Bar No. 139785)
Caren P. Sencer (State Bar No. 233488)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA 95814
Telephone: (916) 443-6600
Facsimile: (916) 442-0244

Attorneys for Plaintiffs
SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 121RN and SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS-WEST

Respectfully submitted,

/s/Robert L. Ford

F. Curt Kirschner, Jr. (State Bar No. 122502)
ckirschner@jonesday.com
Robert L. Ford (State Bar No. 86920)
rlford@jonesday.com
Christopher T. Scanlan (State Bar No. 211724)
cscanlan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Brian G. Selden (State Bar No. 261828)
bgselden@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900

Attorneys for Specially Appearing Defendant HCA INC. erroneously sued herein as HEALTHCARE CORPORATION OF AMERICA

**PROPOSED ORDER**

Based on the foregoing stipulations and representations, the scheduling and other provisions stated above are adopted as an order of this Court.

IT IS SO ORDERED.

Dated: October 29, 2009.

_____

Honorable Jeremy Fogel

United States District Judge

122983/549458