MATTHEW J. GAUGER, Bar No. 139785
CAREN P. SENCER, Bar No. 233488
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
Telephone: (916) 443-6600
Facsimile: (916) 442-0244

Attorneys for Plaintiffs

\*\*E-Filed 12/3/09\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 121RN and SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS -WEST, <br><br> Plaintiffs, <br><br> v. <br><br> LOS ROBLES REGIONAL MEDICAL CENTER D/B/A/ LOS ROBLES HOSPITAL AND MEDICAL CENTER; RIVERSIDE HEALTHCARE SYSTEM, L.P. D/B/A RIVERSIDE COMMUNITY HOSPITAL; WEST HILLS HOSPITAL D/B/A WEST HILLS HOSPITAL & MEDICAL CENTER; SAN JOSE HEALTHCARE SYSTEM, L.P. D/B/A REGIONAL MEDICAL CENTER OF SAN JOSE; AND GOOD SAMARITAN HOSPITAL L.P. D/B/A GOOD SAMARITAN HOSPITAL, EACH A SUBSIDIARY OF HCA HEALTH SERVICES OF CALIFORNIA, INC.; AND DOES 1-10, <br><br> Defendants. | Case No. C 09-5065 JF <br><br> [PROPOSED] ORDER FOR EX PARTE APPLICATION TO SHORTEN TIME <br><br> Date: February 5, 2010 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 3, 5th Floor <br> Judge: The Honorable Jeremy Fogel |

The Court hereby grants Plaintiffs Application for an Order to Shorten Time to have its Motion for Contempt and for Injunctive Relief heard by this Court on December 11, 2009, at 9:00 a.m.

Dated: 12/3/09

_____
JUDGE JEREMY FOGEL, JUDGE OF THE FEDERAL DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA 95814
916 443-6600

[Proposed] Order for Ex Parte Application to Shorten Time