**E-Filed 12/11/09**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 121RN and SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS-WEST,

Plaintiffs,

v.

LOS ROBLES REGIONAL MEDICAL CENTER D/B/A LOS ROBLES HOSPITAL MEDICAL CENTER; RIVERSIDE HEALTHCARE COMMUNITY HOSPITAL; WEST HILLS HOSPITAL D/B/A WEST HILLS HOSPITAL & MEDICAL CENTER; SAN JOSE HEALTHCARE SYSTEM, L.P. D/B/A REGIONAL MEDICAL CENTER OF SAN JOSE; AND GOOD SAMARITAN HOSPITAL L.P. D/B/A GOOD SAMARITAN HOSPITAL, EACH A SUBSIDIARY OF HCA HEALTH SERVICES OF CALIFORNIA, INC.; AND DOES 1-10,

Defendants.

Case Number C 09-5065 JF (RS)

**ORDER[1] DENYING PLAINTIFFS' MOTIONS FOR CONTEMPT AND INJUNCTIVE RELIEF**

[RE: doc. no. 50]

[1] This disposition is not designated for publication in the official reports.

For the reasons stated by the Court on the record, Plaintiffs' motion for contempt will be denied. In light of the agreement between counsel as to the manner in which any remaining disputes about the potentially stigmatizing effects of Defendants' vaccination policies will be resolved pending the arbitration required by the Collective Bargaining Agreement, Plaintiffs' motion for preliminary injunction will be denied without prejudice.

**IT IS SO ORDERED.**

DATED: 12/11/09

JEREMY FOGEL
United States District Judge