**E-Filed 12/11/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 121RN and SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS-WEST,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ROBLES REGIONAL MEDICAL CENTER D/B/A LOS ROBLES HOSPITAL MEDICAL CENTER; RIVERSIDE HEALTHCARE COMMUNITY HOSPITAL; WEST HILLS HOSPITAL D/B/A WEST HILLS HOSPITAL & MEDICAL CENTER; SAN JOSE HEALTHCARE SYSTEM, L.P. D/B/A REGIONAL MEDICAL CENTER OF SAN JOSE; AND GOOD SAMARITAN HOSPITAL L.P. D/B/A GOOD SAMARITAN HOSPITAL, EACH A SUBSIDIARY OF HCA HEALTH SERVICES OF CALIFORNIA, INC.; AND DOES 1-10,<br><br>Defendants. | Case Number C 09-5065 JF (RS)<br><br>**ORDER[1] DENYING PLAINTIFFS' MOTIONS FOR CONTEMPT AND INJUNCTIVE RELIEF**<br><br>[RE: doc. no. 50] |

---

[1] This disposition is not designated for publication in the official reports.

1  For the reasons stated by the Court on the record, Plaintiffs' motion for contempt will be
2  denied.  In light of the agreement between counsel as to the manner in which any remaining
3  disputes about the potentially stigmatizing effects of Defendants' vaccination policies will be
4  resolved pending the arbitration required by the Collective Bargaining Agreement, Plaintiffs'
5  motion for preliminary injunction will be denied without prejudice.

**IT IS SO ORDERED.**

DATED: 12/11/09

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-5065 JF (RS)
ORDER DENYING PLAINTIFFS' MOTIONS FOR CONTEMPT AND INJUNCTIVE RELIEF
(JFLC3)