Matthew J. Gauger, Bar No. 139785
Caren P. Sencer, Bar No. 233488
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA 95814
Telephone (916) 443-6600
Facsimile: (916) 442-0244

Attorneys for Plaintiffs


Robert L. Ford, Bar No. 86920
F. Curt Kirschner, Jr., Bar No. 122502
Christopher T. Scanlan, Bar No. 211724
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 121 RN and SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS - WEST,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ROBLES REGIONAL MEDICAL CENTER et al.,<br><br>Defendants. | Case No. C-09-05065 JF<br><br>**STIPULATION REQUESTING AN ORDER:**<br><br>**(1) VACATING MARCH 5, 2010 STATUS CONFERENCE,**<br><br>**(2) EXEMPTING CASE FROM ADR, AND**<br><br>**(3) PROVISIONALLY EXCUSING PARTIES FROM ALL OTHER PRE-TRIAL OBLIGATIONS PENDING REVIEW OF MAY 14, 2010 STATUS REPORT FROM THE PARTIES; AND**<br><br>**[PROPOSED] ORDER THEREON**<br><br>Judge:     Hon. Jeremy Fogel |

THE PARTIES HERETO, BY AND THROUGH THEIR AUTHORIZED COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. Consistent with this Court's orders of November 17, 2009 and December 11, 2009, the parties' dispute has been submitted to arbitration. The parties have completed two days of hearing with mutually agreed Arbitrator Matthew Goldberg. Both parties rested their cases on February 3, 2010.

2. By agreement of the parties, post-hearing briefs in the arbitration are due March 22, 2010. Arbitrator Goldberg is expected to issue his ruling soon thereafter.

3. The Plaintiffs expect to request dismissal of this action upon receipt of Arbitrator Goldberg's ruling.

4. In light of the foregoing, the parties jointly request that the Court: (1) vacate the Case Management Conference set for March, 5 2010; (2) exempt this case from court-annexed Alternative Dispute Resolution procedures (pursuant to ADR Local Rule 3-4(e)); and (3) provisionally relieve the parties of all other case-management and discovery obligations under Rule 26 of the Federal Rules of Civil Procedure or any other scheduling order previously issued in this case.

5. The parties further request that the Court set May 14, 2010 for filing of a Status Report in the event that the Plaintiffs have not by then dismissed the action.

Respectfully submitted,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:  /S/   Matthew J. Gauger[1]
         Matthew J. Gauger
         Attorneys for Plaintiffs

JONES DAY

By:  /S/   Christopher T. Scanlan
         Christopher T. Scanlan
         Attorneys for Defendants

---

[1] Counsel e-filing this stipulation represents that he has obtained Mr. Gauger's express permission to file this document on behalf of all parties.

# ~~PROPOSED~~ ORDER

Based on the foregoing stipulations and representations, the Court makes the following order:

1. The Case Management Conference scheduled for March 5, 2010 is hereby VACATED.

2. This case is EXEMPTED from mandatory Alternative Dispute Resolution, pursuant to the Rule 3-4(e) of the ADR Local Rules of this Court, pending further order of this Court.

3. The parties are EXCUSED from all discovery and case management obligations pending further order of this Court.

4. The parties are DIRECTED to file a joint status report if this case by May 14, 2010, if this case has not by then been dismissed.

**IT IS SO ORDERED.**

Dated: February 25, 2010

_____
The Honorable Jeremy Fogel
United States District Judge