1  Matthew J. Gauger, Bar No. 139785
   Caren P. Sencer, Bar No. 233488
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  428 J Street, Suite 520
   Sacramento, CA 95814
4  Telephone (916) 443-6600
   Facsimile:  (916) 442-0244
5
   Attorneys for Plaintiffs
6

7  Robert L. Ford, Bar No. 86920
   F. Curt Kirschner, Jr., Bar No. 122502
8  Christopher T. Scanlan, Bar No. 211724
   JONES DAY
9  555 California Street, 26th Floor
   San Francisco, CA  94104
10 Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
11
   Attorneys for Defendants
12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                    SAN JOSE DIVISION
16

17
18 SERVICE EMPLOYEES                         Case No. C-09-05065 JF
   INTERNATIONAL UNION, LOCAL 121
19 RN and SERVICE EMPLOYEES                  **STIPULATION REQUESTING AN
   INTERNATIONAL UNION, UNITED               ORDER:**
20 HEALTHCARE WORKERS - WEST,
                                             **(1) VACATING MARCH 5, 2010
21              Plaintiffs,                  STATUS CONFERENCE,**

22        v.                                 **(2) EXEMPTING CASE FROM ADR,
                                             AND**
23 LOS ROBLES REGIONAL MEDICAL
   CENTER et al.,                            **(3) PROVISIONALLY EXCUSING
24                                           PARTIES FROM ALL OTHER PRE-
                Defendants.                  TRIAL OBLIGATIONS PENDING
25                                           REVIEW OF MAY 14, 2010 STATUS
                                             REPORT FROM THE PARTIES;
26                                           AND**

27                                           **[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER THEREON**

28                                           Judge:      Hon. Jeremy Fogel

                                                   STIP. & [PROPOSED] ORDER RE
                                                   SCHEDULING / C-09-05065 JF

1  THE PARTIES HERETO, BY AND THROUGH THEIR AUTHORIZED
2  COUNSEL OF RECORD, STIPULATE AS FOLLOWS:
3      1.   Consistent with this Court's orders of November 17, 2009 and December
4  11, 2009, the parties' dispute has been submitted to arbitration.  The parties have completed two
5  days of hearing with mutually agreed Arbitrator Matthew Goldberg.  Both parties rested their
6  cases on February 3, 2010.
7      2.   By agreement of the parties, post-hearing briefs in the arbitration are due
8  March 22, 2010.  Arbitrator Goldberg is expected to issue his ruling soon thereafter.
9      3.   The Plaintiffs expect to request dismissal of this action upon receipt of
10 Arbitrator Goldberg's ruling.
11     4.   In light of the foregoing, the parties jointly request that the Court:
12 (1) vacate the Case Management Conference set for March, 5 2010; (2) exempt this case from
13 court-annexed Alternative Dispute Resolution procedures (pursuant to ADR Local Rule 3-4(e));
14 and (3) provisionally relieve the parties of all other case-management and discovery obligations
15 under Rule 26 of the Federal Rules of Civil Procedure or any other scheduling order previously
16 issued in this case.
17     5.   The parties further request that the Court set May 14, 2010 for filing of a
18 Status Report in the event that the Plaintiffs have not by then dismissed the action.

Respectfully submitted,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:_____/S/   Matthew J. Gauger[1]_____
      Matthew J. Gauger
      Attorneys for Plaintiffs

JONES DAY

By:_____/S/   Christopher T. Scanlan_____
      Christopher T. Scanlan
      Attorneys for Defendants

---

[1] Counsel e-filing this stipulation represents that he has obtained Mr. Gauger's express permission to file this document on behalf of all parties.

- 2 -

STIP. & [PROPOSED] ORDER RE
SCHEDULING / C-09-05065 JF

1

## ~~PROPOSED~~ ORDER

Based on the foregoing stipulations and representations, the Court makes the following order:

1. The Case Management Conference scheduled for March 5, 2010 is hereby VACATED.

2. This case is EXEMPTED from mandatory Alternative Dispute Resolution, pursuant to the Rule 3-4(e) of the ADR Local Rules of this Court, pending further order of this Court.

3. The parties are EXCUSED from all discovery and case management obligations pending further order of this Court.

4. The parties are DIRECTED to file a joint status report if this case by May 14, 2010, if this case has not by then been dismissed.

**IT IS SO ORDERED.**

Dated: February 25, 2010

_____
The Honorable Jeremy Fogel
United States District Judge