1  Matthew J. Gauger, Bar No. 139785
   Caren P. Sencer, Bar No. 233488
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  428 J Street, Suite 520
   Sacramento, CA 95814
4  Telephone (916) 443-6600
   Facsimile:  (916) 442-0244
5
   Attorneys for Plaintiffs
6

7  Robert L. Ford, Bar No. 86920
   F. Curt Kirschner, Jr., Bar No. 122502
8  Christopher T. Scanlan, Bar No. 211724
   JONES DAY
9  555 California Street, 26th Floor
   San Francisco, CA  94104
10 Telephone:      (415) 626-3939
   Facsimile:      (415) 875-5700
11
   Attorneys for Defendants
12

13
                     UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                           SAN JOSE DIVISION
16

17

18  SERVICE EMPLOYEES                        Case No. C-09-05065 JF
    INTERNATIONAL UNION,
19  LOCAL 121 RN and SERVICE                 **STIPULATION REQUESTING AN
    EMPLOYEES INTERNATIONAL UNION,           ORDER PROVISIONALLY
20  UNITED HEALTHCARE WORKERS -              EXCUSING PARTIES FROM ALL
    WEST,                                    PRE-TRIAL OBLIGATIONS
21                                           PENDING REVIEW OF AUGUST 13,
              Plaintiffs,                    2010 STATUS REPORT FROM THE
22                                           PARTIES**
         v.
23                                           **AND**
    LOS ROBLES REGIONAL MEDICAL
24  CENTER et al.,                           [PROPOSED] **ORDER THEREON**

25            Defendants.                    Judge:     Hon. Jeremy Fogel

26        THE PARTIES HERETO, BY AND THROUGH THEIR AUTHORIZED

27  COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

28
                                                  STIP. & [PROPOSED] ORDER RE
                                                  SCHEDULING / C-09-05065 JF

1.    Consistent with this Court's orders of November 17, 2009 and December 11, 2009, the parties' dispute was submitted to arbitration. The parties completed two days of hearing with mutually agreed Arbitrator Matthew Goldberg. Both parties rested their cases on February 3, 2010.

2.    By agreement of the parties, post-hearing briefs in the arbitration were due March 22, 2010. The Defendant Hospitals submitted their post-hearing brief to Arbitrator Goldberg on March 22, 2010. Plaintiffs received an extension and filed their post-hearing brief on April 26, 2010.

3.    Because of Plaintiffs' extension, at this time Arbitrator Goldberg has had the parties' complete post-hearing briefing for less than three weeks and has not yet issued his decision and award.

4.    Plaintiffs expect to request dismissal of this action upon receipt of Arbitrator Goldberg's ruling.

5.    In light of the foregoing, the parties jointly request the Court continue to provisionally relieve them of all case-management and discovery obligations under Rule 26 of the Federal Rules of Civil Procedure or any other scheduling order previously issued in this case.

6.    The parties further request the Court set August 13, 2010 for filing of a Status Report in the event Plaintiffs have not by then dismissed the action.

Respectfully submitted,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____/S/ Caren P. Sencer[1]_____
    Caren P. Sencer
    Attorneys for Plaintiffs

JONES DAY

By: _____/S/ Christopher T. Scanlan_____
    Christopher T. Scanlan
    Attorneys for Defendants

---

[1] Counsel e-filing this stipulation represents that he has obtained Ms. Sencer's permission to file this document on behalf of all parties.

**PROPOSED ORDER**

Based on the foregoing stipulations and representations, the Court makes the following order:

1. The parties are EXCUSED from all discovery and case management obligations pending further order of this Court.

2. The parties are DIRECTED to file a joint status report in this case by August 13, 2010, if this case has not by then been dismissed.

**IT IS SO ORDERED.**

Dated: May 17, 2010.

_____
The Honorable Jeremy Fogel
United States District Judge